UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:19-cv-21552-SCOLA/TORRES

DOUGLAS WEISS, on behalf of himself and
all others similarly situated,

       Plaintiff,

v.

GENERAL MOTORS LLC,

       Defendant.

_____

**JOINT MOTION FOR EXTENSION OF TIME TO RESOLVE DISCOVERY DISPUTE PURSUANT TO S.D. FLA. L.R. 26.1(g)(1)**

In accordance with Local Rule 7.1 and Fed.R.Civ.P. 6(b)(1), Defendant General Motors LLC (hereinafter "GM") and Plaintiff Douglas Weiss, by and through undersigned counsel, jointly move the Court for an order extending the time for the parties to resolve their discovery dispute without Court intervention, pursuant to S.D. Fla. L.R. 26.1(g)(1). In support, the parties state as follows:

1. On December 9, 2019, Plaintiff served GM with its Responses and Objections to GM's First Set of Interrogatories and First Set of Requests for Production ("Plaintiff's Responses"). Per S.D. Fla. L.R. 26.1(g)(1), GM's deadline to raise any discovery dispute with the Court regarding these Responses was January 8, 2020.

2. Accordingly, on December 23, 2019, GM sent Plaintiff a letter, via email, identifying certain issues with Plaintiff's Responses.

1

3. Due to the intervening holidays, the parties stipulated to an additional 7-day extension to bring any dispute to the Court, as permitted under S.D. Fla. L.R. 26.1(g)(1) and this Court's Order Setting Discovery Procedures (ECF No. 6). As such, GM's current deadline to raise a dispute as to Plaintiff's Responses is January 15, 2020.

4. Since that time, Plaintiffs' counsel has communicated that, due to scheduling conflicts, they require additional time to consider and respond in writing to the items raised in GM's meet and confer letter.

5. The parties desire additional time to meet and confer concerning Plaintiff's Responses to attempt to resolve their discovery dispute without the need for Court intervention. Accordingly, the parties request an extension of time through and including January 31, 2020 for GM to present to the Court any discovery disputes arising from Plaintiff's Responses.

6. Good cause exists to grant this extension, as additional time to meet and confer may avoid the need to involve the Court in the parties' discovery dispute. Further, as indicated by the joint nature of this motion, the parties have conferred and are in agreement regarding the requested extension.

7. Accordingly, the parties respectfully request that this Court enter the attached proposed order extending the deadline for Defendant to present to the Court any discovery dispute arising from Plaintiff's Responses, through and including January 31, 2020.

This 10th day of January, 2020.    Respectfully submitted,

*/s/ Harold E. Franklin, Jr.*
Harold E. Franklin, Jr.
Florida Bar No. 1006814

Stephen B. Devereaux
(admitted *pro hac vice*)
Susan M. Clare
(admitted *pro hac vice*)
Adam Reinke
(admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel:   (404) 572-4600
Fax:   (404) 572-5100
hfranklin@kslaw.com
sdevereaux@kslaw.com
sclare@kslaw.com
areinke@kslaw.com

*Attorneys for Defendant
General Motors LLC*

*/s/ Adam W. Pittman*
F. Jerome Tapley
Florida Bar No. 0022066
Hirlye R. "Ryan" Lutz, III (admitted *pro hac vice*)
Adam W. Pittman (admitted *pro hac vice*)
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama  35205
Tel:   (205) 328-2200
Fax:   (205) 324-7896
Email: jtapley@corywatson.com
          rlutz@corywatson.com
          apittman@corywatson.com

Nicholas A. Migliacccio (admitted *pro hac vice*)
Jason S. Rathod (admitted *pro hac vice*)
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Suite 302
Washington, DC  20002
Tel:   (202) 470-3520
Email: nmigliaccio@classlawdc.com
          jrathod@classlawdc.com

*Attorneys for Plaintiff Douglas Weiss*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Harold E. Franklin, Jr.*
Harold E. Franklin, Jr.