UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:19-cv-21552-SCOLA/TORRES

DOUGLAS WEISS, on behalf of himself and
all others similarly situated,

        Plaintiff,

  v.

GENERAL MOTORS LLC,

        Defendant.

## MEDIATION REPORT

In accordance with the Court's Order of Referral to Mediation (ECF No. 43), Defendant General Motors LLC (hereinafter "GM") and Plaintiff Douglas Weiss, by and through undersigned counsel, hereby file this Mediation Report, respectfully showing the Court as follows:

1.     The parties attended a mediation in the above-captioned matter on July 15, 2020, which was conducted by Hunter R. Hughes, Esq.

2.     All required parties were present at the mediation.

3.     Following the mediation, the parties reached an agreement in principle to settle the above-captioned matter on an individual basis.

4.     The parties anticipate finalizing the settlement agreement within thirty (30) days and filing a notice of dismissal once the agreement is final.

This 29th day of July, 2020.        Respectfully submitted,

                                                */s/ Adam Reinke*_____
                                                Harold E. Franklin, Jr.
                                                Florida Bar No. 1006814
                                                Stephen B. Devereaux

(admitted *pro hac vice*)
Susan M. Clare
(admitted *pro hac vice*)
Adam Reinke
(admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
hfranklin@kslaw.com
sdevereaux@kslaw.com
sclare@kslaw.com
areinke@kslaw.com

*Attorneys for Defendant*
*General Motors LLC*

*/s/ F. Jerome Tapley*
F. Jerome Tapley
Florida Bar No. 0022066
Hirlye R. "Ryan" Lutz, III (admitted *pro hac vice*)
Adam W. Pittman (admitted *pro hac vice*)
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, Alabama 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
Email: jtapley@corywatson.com
          rlutz@corywatson.com
          apittman@corywatson.com

Nicholas A. Migliacccio (admitted *pro hac vice*)
Jason S. Rathod (admitted *pro hac vice*)
MIGLIACCIO & RATHOD LLP
412 H Street N.E., Suite 302
Washington, DC 20002
Tel: (202) 470-3520
Email: nmigliaccio@classlawdc.com
          jrathod@classlawdc.com

*Attorneys for Plaintiff*
*Douglas Weiss*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ F. Jerome Tapley*
F. Jerome Tapley